UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE JUDGE GEORGE H. WU)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ERNESTO ROBERTO YBARRA,<br><br>  Defendant. | Case No.: CR 23-427-GW-4<br><br>**ORDER MODIFYING THE CONDITONS OF PRETRIAL RELEASE AND ALLOWING SPECIFIC TRAVEL AND REMOVAL OF DRUG TESTING CONDITION** |

The Court has read and considered the Stipulation Regarding Request for Modification to the conditions of release of MR. YBARRA TO ALLOW TRAVEL within the United States, as well as travel to Ensenada, Mexico from 9/13/24 through 9/16/24 and Cancun, Mexico form 10/21/24 through 10/24/24.  For travel to Mexico, Mr. YBARRA will be required to have his GPS Tracker removed prior to leaving the United States, and upon his return the Tracker must be re-installed.  Mr. YBARRA will be authorized to have his passport temporarily returned for his travel to Mexico.  He can retrieve his passport at the United States Probation Office located in downtown Los Angeles and surrender it upon his return to Los Angeles.  MR. YBARRA must also provide a copy of his full travel itinerary to the United States Probation Office prior to each trip, domestic and to Mexico.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order.

The Court further orders that MR. YBARRA shall notify his assigned probation officer upon leaving and upon return from each of the authorized trips.

**THEREFORE, FOR GOOD CAUSE SHOWN:**

1. MR. YBARRA is hereby authorized to travel within the United States while on pre-trial release, as well as travel to Mexico on the aforementioned dates.

2. MR. YBARRA may retrieve his United Sates Passport at the downtown Los Angeles office of the United States Probation Office prior to his travels to Mexico and shall return it upon his return.

3. MR. YBARRA shall provide an itinerary of his travel to the United States Probation Office prior to any travel.

4. MR. YBARRA shall contact his assigned probation officer before leaving and upon return from each authorized trip.

5. Finally, MR. YBARRA will no longer be required to submit to drug testing as a condition of his pretrial release. (See attached modified CR-1 bond form).

**IT IS SO ORDERED.**

_April 12, 2024____
**DATE**

**HON. GEORGE H. WU,**
**U.S. DISTRICT JUDGE**

Presented by:
  *Thomas/P/Matthews*___
Thomas P. Matthews
Attorney for ERNESTO ROBERTO YBARRA